**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALVIN BROWN, | Case No. 1:25-cv-01764-DLF |
| *Plaintiff*, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| *Defendants*. | |
| ALVIN BROWN, | Case No. 1:26-cv-01249-DLF |
| *Petitioner*, | |
| v. | |
| JOHN DELEEUW, | |
| *Respondent*. | |
| ROBERT E. PRIMUS, | Case No. 1:25-cv-03521-DLF |
| *Plaintiff*, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| *Defendants*. | |

**JOINT STATUS REPORT**

**I.      Procedural history**

Before this Court are three matters presenting similar legal and factual issues:

1.  *Brown v. Trump*, 1:25-cv-01764-DLF ("*Brown I*")

1

2. *Brown v. DeLeeuw*, 1:26-cv-01249-DLF ("*Brown II*")

3. *Primus v. Trump*, 1:25-cv-03521-DLF ("*Primus*")

In Count I of the complaints in *Brown I* and *Primus*, Mr. Brown and Mr. Primus alleged that their removals by President Trump violated statutory removal protections for members of the National Transportation Safety Board ("NTSB") and Surface Transportation Board ("STB"), respectively. *Brown I*, First Amend. Compl. ("FAC") ¶¶ 52-57 (Dkt. 25); *Primus*, FAC ¶¶ 57-62 (Dkt. 15). Litigation on Count I in both cases was stayed pending a Supreme Court decision in *Trump v. Slaughter*, which concerned the constitutionality of the Federal Trade Commissioners' statutory removal protections. *Brown I*, Minute Order (Dec. 29, 2025); *Primus*, Minute Order (Dec. 29, 2025).

In the meantime, litigation on Count II in *Brown I* and *Primus* continued. In Count II of each complaint, both Plaintiffs alleged that President Trump's removals of them were racially discriminatory in violation of the Fifth Amendment. *Brown I*, FAC ¶¶ 58-63; *Primus*, FAC ¶¶ 63-68. Defendants moved to dismiss Count II in both cases and those motions were fully briefed on the same schedule. *See Brown I* (Dkts. 30, 31, 32); *Primus* (Dkts. 19, 20, 21).

In *Brown II*, pursuant to D.C. Code § 16-3501, Mr. Brown seeks leave to issue a writ of quo warranto to John DeLeeuw, who has taken the seat on the NTSB (term expiring December 31, 2026) from which Mr. Brown alleges he was unlawfully removed. *Brown II*, Pet. ¶¶ 1-5 (Dkt. 1). The issues concerning the legality of Mr. Brown's removal are the same as in *Brown I*; *Brown II* was brought only to address a potential remedial issue. *Brown II*, Pet. ¶ 5 ("Mr. Brown . . . brings this petition out of an abundance of caution in the event the *Brown I* defendants argue that Mr. DeLeeuw's confirmation precludes Mr. Brown from obtaining relief except through a writ of quo

2

warranto."). Defendants' response in *Brown II* is currently due three weeks after the Supreme Court's decision in *Slaughter* (i.e., July 20, 2027). *Brown II*, Minute Order (June 14, 2026).

On June 29, 2026, the Supreme Court decided *Slaughter*, No. 25-332, 2026 WL 1855612 (U.S. June 29, 2026). The next day, the Court issued minute orders in *Brown I* and *Primus*. In both cases, the Court denied Defendants' motion to dismiss without prejudice and directed the parties to file a joint status report proposing a schedule for dispositive briefing on Count I and II. *Brown I*, Minute Order (June 30, 2026); *Primus*, Minute Order (June 30, 2026).

## II.    Proposed briefing schedule

The parties have conferred about an orderly way to proceed in these three cases, and have agreed that the interests of judicial efficiency—and all parties—would be served by proceeding as follows:

### A. *Brown I* and *Brown II*

| Filing | Deadline | Page Limit |
|---|---|---|
| Plaintiff's partial motion for summary judgment ("MSJ") on Count I in *Brown I* | July 15, 2026 | 30 |
| Defendants' combined MSJ opposition on Count I in *Brown I* and motion to dismiss ("MTD") in *Brown I* and *Brown II* | July 29, 2026 | 50 |
| Plaintiff's combined MSJ reply and MTD opposition | Aug. 12, 2026 | 50 |
| Defendants' MTD reply | Aug. 26, 2026 | 30 |

Mr. Brown's term expires December 31, 2026. *Brown I*, FAC ¶ 32. The proposed schedule for *Brown I* and *II* would allow for expeditious resolution of Count I. Whether Mr. Brown's removal violated the NTSB statute, 49 U.S.C. § 1111(c), and whether that statute is constitutional are legal questions that do not require factual development.

### B. *Primus*

Mr. Primus no longer intends to pursue Count I, given the Supreme Court's decision in *Slaughter*. Thus, the only remaining claim in *Primus* will be Count II.

| Filing | Dates | Page Limits |
|---|---|---|
| Defendants' MTD | July 29, 2026 | 45 |
| Plaintiff's MTD opposition | Aug. 12, 2026 | 45 |
| Defendants' MTD reply | Aug. 26, 2026 | 25 |

The proposed MTD briefing dates for *Primus* are the same as those in *Brown I* and *II* because many of the legal issues related to Mr. Primus and Mr. Brown's race discrimination claims are the same. Adopting the proposed schedule would allow the parties to brief and the Court adjudicate those issues efficiently.

For these reasons, the parties ask that the Court enter the parties' proposed order (attached).

Dated: July 2, 2026                                   Respectfully submitted,

BRETT A. SHUMATE*^                      */s/ Cynthia Liao*
Assistant Attorney General              Cynthia Liao (D.C. Bar No. 90036947)*^†
Civil Division                          Ross Snyder (D.C. Bar No. 90037922)*^†
                                        Joshua M. Salzman (D.C. Bar No. 982239)^
CHRISTOPHER HALL*^                       Catherine M.A. Carroll (D.C. Bar No. 497890)*^†
Assistant Director                      Elena Goldstein (D.C. Bar No. 90034087)*^†
Federal Programs Branch                 Victoria S. Nugent (D.C. Bar No. 470800)*
                                        **DEMOCRACY FORWARD FOUNDATION**
*/s/ Jeremy S.B. Newman*                 P.O. Box 34553
JEREMY S.B. NEWMAN*                       Washington, DC 20043
Trial Attorney                          (202) 808-1982
United States Department of Justice     cliao@democracyforward.org
Civil Division, Federal Programs
Branch                                  Jon M. Greenbaum (D.C. Bar No. 489887)*^†
1100 L Street, N.W.                     **JUSTICE LEGAL STRATEGIES PLLC**

4

Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG (DC Bar
No. 90033542)^
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*\* Attorneys for Defendants in* Brown I
*and for Respondent in* Brown II

*^ Attorneys for Defendants in* Primus

P.O. Box 27015
Washington, D.C. 20038
(202)601-8678
jgreenbaum@justicels.com

*\* Counsel for Plaintiff in* Brown I
*^ Counsel for Petitioner in* Brown II
*† Counsel for Plaintiff in* Primus

5