**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT PRIMUS, in his official capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-03521-DLF |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

On November 2, 2026, the Court issued a minute order requiring Plaintiff to file a notice of voluntary dismissal of Count I of the First Amended Complaint ("FAC") (ECF 15), by November 5, 2026. Plaintiff hereby does so.

Plaintiff notes that, "[a]lthough the D.C. Circuit has not ruled on the issue, a number of circuits have found that Rule 41(a) provides only for the dismissal of actions, not individual claims, and that amending the complaint is the proper procedure for a plaintiff to dispense with individual claims." *Loma Linda Kidney Ctr. v. Azar*, No. 15-CV-01717, 2018 WL 993000, at *3 (D.D.C. Feb. 21, 2018). To avoid any doubt as to whether plaintiffs can voluntarily dismiss fewer than all claims under Federal Rule of Civil Procedure 41, the Court may wish to treat this notice as a motion for leave to amend the FAC to remove Count I, *see* FAC ¶¶ 57–62, and issue an order granting leave. The Court should not require the parties to re-brief Defendants' currently pending motion to dismiss (ECF 23). The parties already briefed the motion on the understanding that Plaintiff was not pursuing Count I. *See* Joint Status Report at 4 (ECF 22) (stating that "the only remaining claim in *Primus* will be Count II" and jointly proposing briefing schedule). Requiring re-briefing would only unnecessarily delay the litigation and waste the parties' and the Court's resources. *See Loma Linda*, 2018 WL 993000, at *4 (treating Rule 41 stipulation to dismiss some but not all claims as

a motion to amend the complaint, allowing dismissal, and not requiring parties to re-brief motions for summary judgment).

Dated: November 5, 2026

Respectfully submitted,

*/s/ Cynthia Liao*
Cynthia Liao (D.C. Bar No. 90036947)
Catherine M.A. Carroll (D.C. Bar No. 497890)
Elena Goldstein (D.C. Bar No. 90034087)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 808-1982
cliao@democracyforward.org

Jon M. Greenbaum (D.C. Bar No. 489887)
**JUSTICE LEGAL STRATEGIES PLLC**
P.O. Box 27015
Washington, D.C. 20038
(202) 601-8678
jgreenbaum@justicels.com

*Counsel for Plaintiff*