**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT PRIMUS,

*Plaintiff,*

v.

DONALD J. TRUMP, *et al.*,

*Defendants.*

No. 25-cv-03521 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 23, is **GRANTED**. Accordingly, this case is dismissed without prejudice.

**SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

November 5, 2026